UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 14-454-DMG (Ex)** | Date | May 19, 2016 |
|---|---|---|---|
| Title | *Meribear Productions Inc. v. Lisa Vail, et al.* | Page | **1** of **1** |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED PURSUANT TO THE AUTOMATIC BANKRUPTCY STAY (11 U.S.C. § 362(a))**

On May 19, 2016, the Court received a document from Roger C. Lim, Esq. of Los Feliz Law, APC, which indicates that Defendant Lisa Vail may have filed a voluntary Chapter 7 petition in bankruptcy. A copy of the Notice is attached hereto. As it appears that Defendant Lisa Vail has filed a petition in bankruptcy,

IT IS ORDERED that Plaintiff show cause in writing by **May 27, 2016**, why this action should not be stayed pursuant to the automatic bankruptcy stay (11 U.S.C. § 362(a)). Failure to file a timely response shall be deemed consent to the granting of such a stay.

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lisa Skeeter Vail | Social Security number or ITIN _____ |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| United States Bankruptcy Court  Central District of California | | Date case filed for chapter 7   5/10/16 |
| Case number:   1:16-bk-11420-MB | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline      12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Lisa Skeeter Vail | |
| 2. | All other names used in the last 8 years | aka KV Homestaging LLC, aka Bespoke LLC, dba Lisa Vail Design | |
| 3. | Address | 2206 Ybarra Road<br>Woodland Hills, CA 91364 | |
| 4. | Debtor's attorney<br>Name and address | Roger C Lim<br>Los Feliz Law APC<br>2379 Glendale Blvd<br>Los Angeles, CA 90039 | Contact phone 323-375-9377<br>Email _____ |
| 5. | Bankruptcy trustee<br>Name and address | Diane Weil (TR)<br>16000 Ventura Boulevard, Suite 1000<br>Encino, CA 91436 | Contact phone (818) 788-8079<br>Email _____ |

For more information, see pages 2 and 3 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                                                                                 page 1